# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN L. HARDY,<br><br>           Petitioner,<br><br>    v.<br><br>ROBERT H. TRIMBLE, Warden,<br><br>           Respondent. | Case No. EDCV 11-0948-GW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

///

---

[1] The Court has considered all Objections to the Report and Recommendation, including those filed by Plaintiff pro se on October 9, 2015, and those filed by the Federal Public Defender's Office on November 2, 2015.

IT IS ORDERED that: (1) the First Amended Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: February 21, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2