# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN L. HARDY, | Case No. EDCV 11-0948-GW (JEM) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| ROBERT H. TRIMBLE, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 21, 2017

GEORGE H. WU
UNITED STATES DISTRICT JUDGE